558

THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* MICHAEL MILLER, Petitioner-Appellant.

(No. 56739; )

First District (3rd Division)—February 22, 1973.

PER CURIAM.

Kenneth L. Gillis, of Defender Project, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* BARNEY LEE ANDERSON, Defendant-Appellant.

(No. 56946; )

First District (3rd Division)—February 22, 1973.

